UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

IN RE: SYLVIA JENKINS,

            Respondent.

9:14-AF-0003
(GLS)

# ORDER

On March 3, 2013, respondent Sylvia Jenkins was enjoined from filing future cases in this District without permission from the Chief Judge. *See In Re: Sylvia Jenkins*, No.1:12-MC-0084, Dkt. No. 5. (the "Anti-Filing Injunction Order" ("AFIO")). On June 6, 2014, Jenkins filed an application which requests permission to file a civil action. Dkt. No. 1. On July 18, 2014, Jenkins filed another application which requests permission to file a separate and distinct civil action. Dkt. No. 2. Each application was accompanied by a proposed Complaint. Neither application complies with the requirements set forth in the AFIO.

**WHEREFORE**, it is hereby

**ORDERED** that the Clerk shall open a new civil action with the filing date of June 6, 2014, and file Jenkins's June 6, 2014 Complaint as the initial docket entry in that action. The remaining submissions filed with the June 6, 2014 Complaint should be filed as attachments to that Complaint; and it is further

**ORDERED** that the June 6, 2014 Complaint is hereby **DISMISSED** due to Jenkins's failure to comply with the AFIO; the Clerk shall file a copy of this Order in that new civil action and close the case; and it is further

**ORDERED** that the Clerk shall open a new civil action with the filing date of July 18, 2014, and file Jenkins's July 18, 2014 Complaint as the initial docket entry in that action. The remaining submissions filed with the July 18, 2014 Complaint should be filed as attachments

to that Complaint; and it is further

**ORDERED** that the July 18, 2014 Complaint is hereby **DISMISSED** due to Jenkins's failure to comply with the AFIO; the Clerk shall file a copy of this Order in that new civil action and close the case; and it is further

**ORDERED** that this Order supercedes the Order entered on October 14, 2014 (Dkt. No. 4) which is hereby **VACATED**; and it is further

**ORDERED** that the Clerk shall serve a copy of this Order and the AFIO on Jenkins by regular mail, and for each of the new civil actions noted above, the Clerk shall also send Jenkins a copy of the docket sheet referencing the filings and indicating that both cases are closed.

**IT IS SO ORDERED.**

Dated: December 12, 2014
       Albany, New York

_Gary L. Sharpe_
Gary L. Sharpe
Chief Judge
U.S. District Court